UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STATE *ex rel.* DARRLEL ORR,

    Relator,

    v.                                       Civil Action 1:25-cv-803
                                               Judge Susan J. Dlott
                                               Magistrate Judge Chelsey M. Vascura

THE EIGHTH DISTRICT COURT OF
APPEALS,

    Respondent.

## ORDER

Relator, Darrlel Orr, an Ohio inmate proceeding without the assistance of counsel, has commenced this action in the United States District Court for the Southern District of Ohio. However, all of Mr. Orr's documents contain "In the Supreme Court of Ohio" in the caption. It appears that Mr. Orr may have commenced his action in the wrong court. Accordingly, Mr. Orr is **ORDERED** to file a notice, **WITHIN FOURTEEN DAYS** of the date of this Order, that clarifies whether he intended to open his case in the Supreme Court of Ohio (a state court), or whether he intended to open his case in the United States District Court for the Southern District of Ohio (a federal court).

Mr. Orr is **ADVISED** that, if he notifies this Court that he intended to open his case in the Supreme Court of Ohio, this action will be dismissed without prejudice to re-filing in the Supreme Court of Ohio. Mr. Orr is further advised that, if he notifies the Court that he intended to open his case in federal district court, venue is not proper in the Southern District of Ohio and

this action will be transferred to the Northern District of Ohio, which serves the geographic jurisdiction of the Eighth District Court of Appeals.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE