UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STATE *ex rel*. DARLLEL ORR,

    Plaintiff,

v.                                                   Civil Action 1:25-cv-803
                                                       Judge Susan J. Dlott
EIGHTH DISTRICT COURT OF            Magistrate Judge Chelsey M. Vascura
APPEALS,

    Defendant.

## ORDER and REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Motion to Correct the Record. (ECF No. 4.) Plaintiff explains that he intended to file this action in the Ohio Supreme Court but mistakenly filed here due to issues with the filing system at the state facility where he is incarcerated. He asks this Court to transfer this case to the Ohio Supreme Court.

Plaintiff's Motion is **DENIED**. Federal courts cannot transfer cases to state courts. In addition, because Plaintiff's action was filed in the wrong court system, it is **RECOMMENDED** that this case is **DISMISSED without prejudice** so that Plaintiff may refile in the appropriate state court.

    **IT IS SO ORDERED**.

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                  UNITED STATES MAGISTRATE JUDGE

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).