IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| State *ex rel.* Darllel Orr, | : |
| Plaintiff, | : Case No. 1:25-cv-803 |
| | : |
| v. | : Judge Susan J. Dlott |
| | : |
| | : Order |
| Eighth District Court of Appeals, | : |
| Defendant. | : |

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Chelsey M. Vascura recommending that the Court dismiss this case without prejudice. (Doc. 5). Plaintiff has clarified that he intended to file his action in the Ohio Supreme Court, but he asserts that a filing error was made by the correctional facility in which he is incarcerated. (Doc. 4.) Not surprisingly, Plaintiff did not file an objection to the Report and Recommendation.

Accordingly, the Report and Recommendation (Doc. 5) is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE** so that Plaintiff may re-file it an appropriate state court.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Susan J. Dlott
United States District Judge

1